**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RUDY GUTIERREZ,  Petitioner,  v.  WARDEN, USP Lompoc,  Respondent. | Case No. CV 23-2060-JWH (JPR)  **J U D G M E N T** |

Pursuant to the Order Dismissing Action Without Prejudice,

It is hereby **ORDERED, ADJUDGED,** and **DECREED** that this action is **DISMISSED without prejudice** to its refiling in the appropriate court should Petitioner receive the necessary permission from the Fifth Circuit Court of Appeals.

DATED: May 11, 2023

JOHN W. HOLCOMB
U.S. DISTRICT JUDGE